

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|                                      |   |                            |
|--------------------------------------|---|----------------------------|
| ANTONIO LOPEZ,                       | § | No. 08-17-00039-CR         |
|                                      | § |                            |
|     Appellant,   | § | Appeal from                |
|                                      | § |                            |
| v.                                   | § | 171st District Court       |
|                                      | § |                            |
| THE STATE OF TEXAS,                  | § | of El Paso County, Texas   |
|                                      | § |                            |
|     Appellee.    | § | (TC # 20120D04452)         |
|                                      | § |                            |

## __J U D G M E N T__

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.